IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV216-MU

| | |
|---|---|
| In re: )<br>)<br>RFS ECUSTA INC. and RFS US INC., )<br>    Debtors. )<br>_____)<br>)<br>LANGDON M. COOPER, )<br>Trustee in Bankruptcy for RFS ECUSTA )<br>INC. And RFS US INC., )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>P.H. GLATFELTER COMPANY, et al., )<br>    Defendants. )<br>_____) | ORDER |

This matter is before the court upon the Trustee's Motion to Withdraw the Reference. This matter has been held in abeyance pending dismissal of the North Carolina Defendants. The court is informed that such Defendants are now subject to dismissal. Accordingly,

IT IS THEREFORE ORDERED that the motion to withdraw the reference is hereby GRANTED.

This ___ day of February, 2006.

Graham C. Mullen
United States District Judge