IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV216-MU

| | |
|---|---|
| LANGDON M. COOPER, as Chapter 7 Trustee for the estates of RFS Ecusta Inc. And RFS US Inc., <br>     Plaintiff, <br><br> vs. <br><br> P.H.GLATFELTER COMPANY, *et al.*, <br>     Defendants. | ORDER |

This matter is before the court upon Defendants' Motion for Extension of Time (Docket # 9) and Defendants' Motion to Strike (Docket # 16). It appears to the court that these motions have not heretofore been ruled upon. Accordingly,

IT IS THEREFORE ORDERED that Defendant's Motion for Extension of Time is hereby GRANTED, and Defendants' Motion to Strike is hereby DENIED.

Signed: March 15, 2006

Graham C. Mullen
United States District Judge