IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:05CV216**

| | |
|---|---|
| LANGDON M. COOPER, <br> Trustee in Bankruptcy for <br> RFS Ecusta and RFS US Inc., <br> Plaintiff, <br> v. <br><br> P.H. GLATFELTER COMPANY; NORTH CAROLINA INDUSTRIAL COMMISSION; NORTH CAROLINA DEPARTMENT OF INSURANCE: NORTH CAROLINA SELF-INSURANCE GUARANTY ASSOCIATION; JAMES GOODSON; WACHOVIA BANK, N.A.; JOHN DOE 1 through unknown and JANE DOE 1 through unknown <br> Defendants. | Bankr. Ct. Adv. Pro. No. 04-3069 <br><br> **ORDER GRANTING** <br> **ADMISSION PRO HAC VICE** |

**THIS MATTER** is before the Court upon the motion of Plaintiff Langdon M. Cooper to allow **Alan E. Gamza** to appear *Pro Hac Vice*, dated May 7, 2007 [doc. # 31].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Gamza has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: May 9, 2007

Graham C. Mullen
United States District Judge